ground that the questions of negligence and contributory negligence were questions of fact for the jury.

STOREN, Respondent, v. LEVERING & GARRIGUES CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Michael J. Storen against the Levering & Garrigues Company. J. V. Bouvier, Jr., for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re STRICKLAND. (Supreme Court, Appellate Division, Second Department. October 11, 1910.) In the matter of the application of Reeves Tranchard Strickland for admission to the bar. No opinion. Application granted, and order signed.

SUPREME RULING OF FRATERNAL MYSTIC CIRCLE, Respondent, v. ELLIOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by the Supreme Ruling of the Fraternal Mystic Circle against Arletta Ann Snyder Elliott and another. No opinion. Order affirmed, with $10 costs and disbursements.

SURPLESS et al. v. SURPLESS et al. (two cases). (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Catharine L. Surpless and another, respondents, and Abner C. Surpless, appellant, as executors, etc., against Oliver B. Surpless, Robert M. Dunn, and James Surpless, Jr., respondents. No opinion. Motion to dismiss appeal granted, without costs.

SWAIM, Appellant. v. FAHEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Sanford S. Swaim against Thomas Fahey and others. B. Wright, for appellant. W. H. Harding, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWING, Appellant, v. MOONEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by James B. Swing, as trustee, etc., against James Mooney and another.

PER CURIAM. Order entered July 12, 1910, amended, making the decision as of the date of the argument and application to now substitute the executrix in place of the deceased defendant granted, without costs. Bergen v. Wyckoff, 84 N. Y. 659; Schaible v. Tetzloff, 88 App. Div. 616, 84 N. Y. Supp. 1144. For former opinion, see 124 N. Y. Supp. 545.

SZAG, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by George Szag against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. See, also, 123 N. Y. Supp. 1143.

SPRING and KRUSE, JJ., dissent, and vote for affirmance.

TAISHOFF et al., Respondents, v. COYNE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Benjamin Taishoff and Phillip Taishoff, copartners, etc., against Nathan Coyne and Israel Kaufman, appellants, and Samuel Palley, defendant.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents.

TAMBLIN et al., Appellants, v. DONELY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by James H. Tamblin and others against Frank Donely and others. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. See, also, 123 App. Div. 916, 108 N. Y. Supp. 1148.

In re TARTARSKI. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of Benjamin R. Tartarski, an attorney. No opinion. Motion granted, and the name of respondent stricken from the roll of attorneys.

TAYLOR, Respondent, v. AUBURN LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by James E. Taylor against the Auburn Light, Heat & Power Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent upon the ground that under the law as charged by the court the plaintiff failed to establish defendant's negligence.

TAYLOR, Respondent, v. WORLD TO-DAY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by John H. Taylor against the World To-Day Company. No opinion. Appeal dismissed without costs upon stipulation filed.

TECHNICAL PRESS, Appellant, v. SILVERMAN, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the Technical Press against Sime J. Silverman. M. P. Doyle, for appellant. T. B. Chancellor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TECHNICAL PRESS v. SILVERMAN (two cases). (Supreme Court, Appellate Division, First Department. November 11, 1910.) Ac-